IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

SHERMAN DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

JAN 1 2 2006

DAVID J. MALAND, CLERK
BY
DEPUTY_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | SEALED |
| | § | |
| VS. | § | CAUSE NO. 4:06CR 11 |
| | § | (Judge Schell) |
| BRENTLEY SCOTT KIRKHAM (1) | § | |
| MOLLY CLAIRE MCDOWELL (2) | § | |
| RONALD CUDAHY (3) | § | |
| JAMES DIXON THORNTON (4) | § | |
| a.k.a. "Bud" | § | |

## INDICTMENT

The United States Grand Jury charges:

### COUNT 1

Violation: Title 21, U.S.C. § 846 (Conspiracy to Manufacture, Distribute or Possess with Intent to Manufacture, Distribute or Dispense Methamphetamine) and Title 18, U.S.C. § 2 (Aiding and Abetting)

That from sometime in June 2004, the exact date unknown to the United States Grand Jury, and continuously thereafter up to and including January 11, 2006, in Collin County, Texas, in the Eastern District of Texas and elsewhere,

**BRENTLEY SCOTT KIRKHAM
MOLLY CLAIRE MCDOWELL
RONALD CUDAHY
JAMES DIXON THORNTON, a.k.a. "Bud"**

defendants herein, did knowingly or intentionally combine, conspire, and agree with each other, and with other persons known and unknown to the United States Grand Jury to knowingly and

intentionally manufacture, distribute and possess with the intent to manufacture, distribute and dispense 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine and/or 50 grams or more of methamphetamine, in violation of Title 21, United States Code, Section 841(a)(1).

A TRUE BILL

FOREMAN OF THE GRAND JURY

MATTHEW D. ORWIG
United States Attorney

ERNEST GONZALEZ
Assistant United States Attorney

INDICTMENT/NOTICE OF PENALTY - Page 2

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | SEALED |
| | § | |
| VS. | § | CAUSE NO. 4:06CR____ |
| | § | (Judge _____) |
| BRENTLEY SCOTT KIRKHAM (1) | § | |
| MOLLY CLAIRE MCDOWELL (2) | § | |
| RONALD CUDAHY (3) | § | |

## NOTICE OF PENALTY

### COUNT 1

Violation:   21 U.S.C. § 846

Penalty:   If 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine or if 50 grams or more of Methamphetamine (actual) -- not less than10 years and not more that life imprisonment, a fine not to exceed $4 million, or both; supervised release of at least five (5) years;

If 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine or if 5 grams or more of Methamphetamine (actual) -- not less than five (5) and not more than 40 years imprisonment, a fine not to exceed $2 million, or both; supervised release of at least four (4) years;

If less than 50 grams of a mixture or substance containing a detectable amount of methamphetamine or if less than 5 grams of Methamphetamine (actual) -- not more than 20 years imprisonment, a fine not to exceed $1 million, or both; supervised release of at least three (3) years.

Special Assessment:   $100.00