IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

SHERMAN DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

JAN 1 2 2006

DAVID J. MALAND, CLERK
BY
DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | SEALED |
| | § | |
| VS. | § | CAUSE NO. 4:06CR 11 |
| | § | (Judge Schell) |
| BRENTLEY SCOTT KIRKHAM (1) | § | |
| MOLLY CLAIRE MCDOWELL (2) | § | |
| RONALD CUDAHY (3) | § | |
| JAMES DIXON THORNTON (4) | § | |
| a.k.a. "Bud" | § | |

## NOTICE OF CASE ASSOCIATION

Pursuant to General Order No. 92-15, it is requested that this case be assigned to the Honorable Judge Richard A. Schell to whom the following related case is assigned:

**United States v. Jarvis Cole, et al, cause number 4:05-CR-104**

In giving this written notice to the Court and Clerk, I certify that this request for specific judge assignment in lieu of random draw is solely for the intent and purpose specified in General Order No. 92-15.

Signed this the 12th day of January, 2006.

Respectfully submitted,

MATTHEW D. ORWIG
United States Attorney

ERNEST GONZALEZ
Assistant United States Attorney
101 E. Park Blvd., Suite 500
Plano, Texas 75074
Telephone: 972/509-1201
Facsimile: 972/509-1209
State Bar No. 00789318