IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

JAN 2 5 2006

DAVID J. MALAND, CLERK
BY
DEPUTY _____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CAUSE NO. 4:06CR11 |
| | § | Judge Schell |
| BRENTLEY SCOTT KIRKHAM (1) | § | |
| MOLLY CLAIRE MCDOWELL (2) | § | |
| RONALD CUDAHY (3) | § | |
| JAMES DIXON THORNTON (4) | § | |
| a.k.a. "Bud" | § | |

## MOTION TO UNSEAL INDICTMENT

WHEREAS, the Indictment in the above-numbered cause has been ordered sealed by the Court; and

WHEREAS, the United States would show that law enforcement officials no longer require that such Indictment be sealed as per defendants BRENTLEY SCOTT KIRKHAM, MOLLY CLAIRE MCDOWELL, RONALD CUDAHY and JAMES DIXON THORNTON.

The United States, by and through its undersigned counsel, respectfully moves this Court for an Order unsealing the above-numbered Indictment as per defendants BRENTLEY SCOTT KIRKHAM, MOLLY CLAIRE MCDOWELL, RONALD CUDAHY and JAMES DIXON THORNTON.

Respectfully submitted,

MATTHEW D. ORWIG
United States Attorney


  /s/ Ernest Gonzalez
ERNEST GONZALEZ
Assistant United States Attorney
101 E. Park Blvd., Suite 500
Plano, Texas 75074
Telephone: 972/509-1201
Facsimile: 972/509-1209
State Bar No. 00789318

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CAUSE NO. 4:06CR11 |
| | § | Judge Schell |
| BRENTLEY SCOTT KIRKHAM (1) | § | |
| MOLLY CLAIRE MCDOWELL (2) | § | |
| RONALD CUDAHY (3) | § | |
| JAMES DIXON THORNTON (4) | § | |
| a.k.a. "Bud" | § | |

## ORDER UNSEALING INDICTMENT

On this day came on to be considered the Government's Motion to Unseal Indictment as per defendants BRENTLEY SCOTT KIRKHAM, MOLLY CLAIRE MCDOWELL, RONALD CUDAHY and JAMES DIXON THORNTON in the above captioned matter, and upon consideration of the same, the Court is of the opinion that said Motion should be granted.

IT IS THEREFORE ORDERED that Indictment as per defendants BRENTLEY SCOTT KIRKHAM, MOLLY CLAIRE MCDOWELL, RONALD CUDAHY and JAMES DIXON THORNTON in the above captioned matter is unsealed.

SIGNED this the _____ day of _____, 2006.

_____